DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Frank Fortuna

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| IN RE | BK-N-23-50233-nmc |
| GUARDIAN FUND, LLC, | Chapter 11 |
| Debtor | **NOTICE OF APPEARANCE AND** <br> **REQUEST FOR SPECIAL NOTICE** |
| | Hearing Date: n/a <br> Hearing Time: |
| _____/ | |

TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that J. Craig Demetras of Demetras Law, hereby enters

his appearance as attorney for Frank Fortuna,  in the above proceeding, and, pursuant to

Bankruptcy Rule 2002, and requests that his name be added to the mailing list maintained

by the Clerk in the above case, and that all notices given or required to be given in this

case and all papers served or required to be served in this case be given to and served

upon the following:

1

Demetras Law
J. Craig Demetras
230 E. Liberty Street
Reno, Nevada 89501
jcd@demetraslaw.com
mail@demetraslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED this 17th day of April, 2023.

DEMETRAS LAW
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Frank Fortuna

2

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 5(b), I certify that I am an employee of Demetras Law, that I am over the age of 18 and not a party to the above-referenced case, and that on April 17, 2023, I filed and served the foregoing **REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE** as indicated:


___X___    NOTICE OF ELECTRONIC FILING: through Electronic Case Filing System (ECFS) of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

> Norma Guariglia
> norma@harrislawreno.com
>
> Chapter 11 – RN
> USTPRegion17.RE.EDF@usdoj.gov
>
> U.S. Trustee – RN – 11
> USTPRegion17.RE.ECF@usdoj.gov
>
> Amy N. Tirre
> amy@amytirrelaw.com
> admin@amytirrelaw.com
>
> William D. Cope
> william@copebklaw.com
> r64042@notify.bestcase.com

DATED this 17th day of April, 2023.

/s/ Julie Ann Raum
Employee, Demetras Law