Case 23-50233-hlb    Doc 28    Entered 04/27/23 14:29:11    Page 1 of 2



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 27, 2023

_____

STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br><br>GUARDIAN FUND, LLC,<br><br>Debtor.<br>_____/ | Case No.: BK-23-50177-nmc<br>Case No.: BK-23-50233-nmc<br>**Consolidated Under Case No. BK-23-50177-nmc**<br>(Chapter 11)<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND PETITIONING CREDITORS TO CONSOLIDATE INVOLUNTARY AND VOLUNTARY CASES PURSUANT TO FED. R. BANKR. P. 1015(a) AND FIXING PETITION DATE AND <u>COMMENCEMENT DATE</u>**<br><br>Hrg. Date: N/A<br>Hrg. Time: |

Upon the STIPULATION BETWEEN DEBTOR AND PETITIONING CREDITORS TO CONSOLIDATE INVOLUNTARY AND VOLUNTARY CASES PURSUANT TO FED. R. BANKR. P. 1015(a)) [ECF No. 17] ("Stipulation"), filed by GUARDIAN FUND, LLC, a Nevada limited liability company ("Guardian" or "Debtor"), by and through its attorneys, STEPHEN R.

1

HARRIS, ESQ. and NORMA GUARIGLIA, ESQ., of HARRIS LAW PRACTICE LLC, and LEBO AND MERRILL NEWMAN, THE WENDELL AND NANCY KING FAMILY TRUST, THE AMP'D GROUP, WESTWARD CORPORATION, THE JULY 29, 1995 OLIVER FAMILY TRUST, THE 1/31/95 OLIVER CHARITABLE TRUST, THE NEWMAN FAMILY 2020 TRUST, and THE NEWMAN 2019 IRREVOCABLE TRUST (collectively the "Petitioning Creditors"), by and through their attorney, JEFFREY L. HARTMAN, ESQ. of HARTMAN & HARTMAN, with the Court having reviewed the Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is approved except as indicated in paragraph 3 below. Specifically:

1. The Chapter 7 involuntary case pending against Guardian as Case No. 23-50177-nmc ("Involuntary Case"), and Chapter 11 voluntary case filed by Guardian as Case No. 23-50233-nmc ("Voluntary Chapter 11 Case") are hereby consolidated pursuant to Fed. R. Bankr. P. 1015(a) and Local Rule 1015(h) under the first-filed case number, 23-50177-nmc. **All future filings in Guardian's Chapter 11 case shall be docketed under Case No. 23-50177-nmc.**

2. Guardian's Chapter 11 voluntary petition and commencement date shall relate back to the filing of the Involuntary Case, so that the effective "petition" date, as defined under 11 U.S.C. § 101(42), is March 17, 2023. But the order for relief shall be deemed effective as of April 11, 2023, the date of filing of the Voluntary Chapter 11 Case.

3. The Involuntary Case need not be, and is not, dismissed because the Involuntary Case is consolidated with the Voluntary Chapter 11 Case into one chapter 11 case for this Debtor, Guardian Fund, LLC, as Case No. 23-50177-nmc.

**IT IS SO ORDERED.**

| Submitted by: | Approved April 26, 2023. |
|---|---|
| HARRIS LAW PRACTICE LLC | HARTMAN & HARTMAN |
| /s/ Norma Guariglia | /s/ Jeffrey L. Hartman |
| NORMA GUARIGLIA, ESQ. | JEFFREY L. HARTMAN, ESQ. |
| Proposed Attorneys for Debtor | Attorney for Petitioning Creditors |

###